

U.S. Department of Justice

United States Attorney
Eastern District of New York

FR:CSK
F. #2018R01064

271 Cadman Plaza East
Brooklyn, New York 11201

July 27, 2023

By ECF
The Honorable Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Jeffrey Lash
                 Criminal Docket No. 21-54 (DG)

Dear Judge Gujarati:

      Pursuant to Your Honor's July 26, 2023 Order, enclosed please find a revised proposed Order of Forfeiture (the "Order") in the above-referenced case, the terms of which the defendant, Jeffrey Lash, has agreed to in connection with his guilty plea before the Honorable Peggy Kuo on June 6, 2023 and accepted by Your Honor on July 24, 2023. The enclosed revised proposed order has been updated to account for the fact that the plea of guilty has already been accepted and corrects a typographical error. The government respectfully requests that the Court enter the enclosed Order pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

      Thank you for Your Honor's consideration of this submission.

                              Respectfully submitted,

                              BREON PEACE
                              United States Attorney

                By:   /s/ Claire S. Kedeshian
                              Claire S. Kedeshian
                              Assistant U.S. Attorney
                              (718) 254-6051

Encl.:  Order of Forfeiture
cc:     Counsel of Record (by ECF)